IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv- 01946-AP

CATHLEEN SEIP,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Robert K. Gruber, #9413 | TROY A. EID |
| 3500 South Wadsworth Blvd., Suite 215 | United States Attorney |
| Lakewood, Colorado 80235-2382 | |
| Telephone (303) 986-6400 | KEVIN TRASKOS |
| FAX (303) 986-6800 | Deputy Chief, Civil Division |
| E-mail: bobgruber@earthlink.net | United States Attorney's Office |
| Attorney for Plaintiff | District of Colorado |
| Cathleen Seip | (303) 454-0184 |
| | kevin.traskos@usdoj.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** September 17, 2007

**B. Date Complaint Was Served on U.S. Attorney's Office:** September 25, 2007

**C. Date Answer and Administrative Record Were Filed:** November 20, 2007

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** To the best of his knowledge, the record is complete and accurate.

**Defendant states:** To the best of his knowledge, the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff's counsel does not anticipate submitting additional evidence.

Defendant's counsel does not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Counsel for Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiffs Opening Brief Due:** February 18, 2008

**B. Defendant's Response Brief Due:** March 19, 2008

**C. Plaintiffs Reply Brief (If Any) Due:** March 29, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 9th day of January, 2008.

BY THE COURT:

*S/John L. Kane*

U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/Robert K. Gruber*<br><br>Robert K. Gruber<br>3500 South Wadsworth Blvd., Suite 215<br>Lakewood, Colorado 80235-2382<br>Telephone (303) 986-6400<br>FAX (303) 986-6800<br>E-mail: bobgruber@earthlink.net<br>Attorney for Plaintiff-Appellant | TROY A. EID<br>United States Attorney<br><br>*s/Kevin T. Traskos*<br><br>Kevin T. Traskos<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Attorneys for Defendant<br><br>Of Counsel:<br>   Stephanie Fishkin Kiley<br>   Assistant Regional Counsel<br>   Social Security Administration<br>   Stephanie.Fishkin.Kiley@ssa.gov |